Dismissed and Memorandum Opinion filed November 8, 2007








Dismissed
and Memorandum Opinion filed November 8, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00819-CV

____________

 

WAVERLY R. NOLLEY AND PAMELA NOLLEY, Appellants

 

V.

 

THE CIT GROUP/CONSUMER FINANCE, INC., Appellee

 



 

On Appeal from the
164th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-04194

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 24, 2007.  On November 2, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 8, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.